Carlos J. Cuevas, Esq.　　　　　　　　　　　　　　Settlement Date: 7/20/20 @ noon
Attorney for Debtor
Bronx City Service Auto Repair, Inc.
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re　　　　　　　　　　　　　　　　　　　　　　Chapter 11

BRONX CITY SERVICE AUTO REPAIR, INC.,　　　　Case No. 20-11090(SMB)

　　　　　　　　　　Debtor.

----------------------------------------------------------------X

## NOTICE OF PRESENTMENT

**MADAMS/SIRS**:

**PLEASE TAKE NOTICE,** that the undersigned will present the attached proposed Order for signature to the Hon. Stuart M. Bernstein, United States Bankruptcy Judge on August 10, 2020 at noon at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE**, that unless a written objection to the proposed Order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and by the undersigned not later than 11:30 am on August 10, 2020. Unless objections are received by that time, the Order may be signed.

1

Dated: Yonkers, New York
      July 20, 2020

                                      CARLOS J. CUEVAS, ESQ.
                                      Attorney for the Debtor

                                      By:<u>/s/ Carlos J. Cuevas</u>
                                          Carlos J.Cuevas
                                          1250 Central Park Avenue
                                          Yonkers, New York 10704
                                          Tel. No. 914.964.7060