UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re

BRONX CITY SERVICE AUTO REPAIR, INC.,         Case No. 20-11090(SMB)

                Debtor.

---------------------------------------------------------------X

### ORDER AUTHORIZING BRONX CITY SERVICE AUTO REPAIR, INC. TO RETAIN R.G. QUINTERO & CO. AS ACCOUNTANT TO THE DEBTOR AND DEBTOR-IN-POSSESSION

Upon the annexed application of Bronx City Service Auto Repair, Inc. ("Bronx City") requesting authorization, pursuant to 11 U.S.C. § 327, to employ R.G. Quintero & Co. ("Quintero") under a general retainer as accountant to Bronx City dated July 15, 2020 (the "Application"); the annexed declaration of Ronald G. Quintero, C.P.A. dated July 16, 2020; and it appearing that Quintero represents no interest adverse to the Estate in the matters upon which Quintero will be engaged; and that the employment of Quintero is necessary and would be in the best interest of the Estate; and that this is a case justifying a general retainer; and that Quintero is a disinterested person within the meaning of Bankruptcy Code Sections 101(14) and 327(a); it is

ORDERED, that Bronx City is hereby authorized to employ Quintero as its accountant in this case, under a general retainer on the terms set forth in the Application and Declaration of Proposed Accountant, with compensation and reimbursement to Quintero to be determined by the Court upon the filing of a proper application or applications made pursuant to Bankruptcy Code Sections 330 and 331, it is further

ORDERED, that prior to any increases in Quintero's rates for any individual employed by Quintero and providing services in this case, Quintero shall file a supplemental affidavit with

the Court and provide ten business days' prior notice to the Debtor, the U.S. Trustee and any parties in interest that have filed a notice of appearance and request for notices. The supplemental affidavit shall explain the basis for the rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to § 330 of the Bankruptcy Code.

Dated:  New York, New York
         August  , 2020

 

_____
Hon. Stuart M. Bernstein,
United States Bankruptcy Judge